# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 12, 2022

## NO. 03-21-00465-CV

**T. C., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the decree of termination signed by the trial court on August 24, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's decree of termination. Therefore, the Court affirms the trial court's decree of termination. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.